```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 6      Telephone: (415) 436-6730
        FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
                         UNITED STATES DISTRICT COURT
 9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                                OAKLAND DIVISION
11

12  YADAWENDRA SHRESTHA,        )    No. C 08-1509 CW
                                )
13                  Plaintiff,  )
                                )
14          v.                  )    STIPULATION TO DISMISS; ORDER
                                )
15  EMILIA BARDINI, Director, San Francisco )
    Asylum Office, et al.,      )
16                              )
                    Defendants. )
17  _____)

18       Plaintiff, by and through their attorneys of record, and Defendants, by and through their
19  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-
20  entitled action without prejudice.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28
```

STIPULATED DISMISSAL
C 08-1509 CW                                    1

Each of the parties shall bear their own costs and fees.

Dated: June 4, 2008               Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/_
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants

Dated: June 4, 2008               _/s/_
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. All pending motions, deadlines, and hearing dates are hereby TERMINATED. The Clerk shall close the file.

Date:  6/10/08

_Claudia Wilken_
CLAUDIA WILKEN
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C 08-1509 CW                2